UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON ALEXANDER CULAJAY UYU, | No. 2:26-cv-00828-KES-CDB (HC) |
| Petitioner, | A-Number: 221-492-000 |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| TODD M. LYONS, *et al.*, | |
| Respondents. | |
| | Doc. 12 |

Petitioner Wilson Alexander Culajay Uyu, a former immigration detainee, proceeds with a petition for writ of habeas corpus under 28 U.S.C. § 2241, challenging his detention. *See generally* Doc. 1.

Petitioner filed a motion for temporary restraining order. Doc. 2. The Court converted the motion into one for a preliminary injunction, granted the preliminary injunction, and ordered Respondents to release Petitioner immediately. The Court referred the matter to the magistrate judge for further proceedings. Doc. 8. Respondents declined to submit an additional brief prior to adjudication of the petition. Doc. 10.

On May 1, 2026, the magistrate judge issued findings and recommendations to grant the petition for writ of habeas corpus "for the reasons addressed in the Court's order granting a preliminary injunction." Doc. 12 at 2. The same day, Respondents filed objections, standing on

the arguments raised in their previous briefing.  Doc. 13 at 1.

In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review. Having carefully reviewed the entire matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis.  The Court ORDERS:

1.  The findings and recommendations issued on May 1, 2026 (Doc. 12) are ADOPTED in full.

2.  The petition for writ of habeas corpus (Doc. 1) is GRANTED.

3.  If the government seeks to re-detain petitioner Wilson Alexander Culajay Uyu (A-Number: 221-492-000), it SHALL hold a pre-deprivation bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations, at which his eligibility for bond must be considered.

4.  The Clerk of Court is directed to enter judgment and to close this case.

IT IS SO ORDERED.

Dated:    June 2, 2026

_____
UNITED STATES DISTRICT JUDGE

2